# United States Court of Appeals for the Fifth Circuit

---

No. 24-60612
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
September 29, 2025

Lyle W. Cayce
Clerk

Cayetano Servin,

*Petitioner*,

*versus*

Pamela Bondi, *U.S. Attorney General*,

*Respondent*.

---

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A077 527 322

---

Before Smith, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Cayetano Servin petitions for review of the denial of his application for cancellation of removal. We lack jurisdiction to consider the discretionary denial of relief, which is dispositive. *See Linares-Rivas v. Bondi*, 139 F.4th 454, 457 (5th Cir. 2025).

DISMISSED.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.